# ERIC C. DETERS & PARTNERS, P.S.C.

Attorneys Licensed in
Kentucky, Ohio, West Virginia and Florida

| | | |
|---|---|---|
| Eric C. Deters | Ian A. Stegmaier | Chuck Holbrook *(Investigator)* |
| Robert A. Winter Jr. | Brian M. Cable | Chad Fuller *(Investigator)* |
| Ronald L. Rigg | Stephanie L. Collins | Kim Moore *(Nurse)* |
| Debra A. Nelson | Christopher D. Roach | Doug Hunter *(Worker's Comp Paralegal)* |
| Debbie Davis | Jesse A. Shore | Josh Robinson *(Litigation Paralegal)* |
| Mark C. Eppley | Sarah A. Kuntz | Melanie Biddle *(Civil Rights Paralegal)* |
| Tina R. Edmondson | Mathew A. Cline | Shelly Bagby *(Employment Paralegal)* |
| Edward A. Clark | | |

**Reply To:**

September 5, 2013

J. David Brittingham, Esq.
Dinsmore & Shohl
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202

**EXHIBIT 1**

Re:   **Durrani**

Dear David:

My favorite quote of all time is unfortunately from Al Capone: "You get more with a kind word and a loaded gun than a kind word alone." The metaphor for our profession is a maxim.

Unlike when we had a few Durrani cases and I delegated responsibility to others, I'm fully engaged. And, not only am I fully engaged, the following is the situation:

1. Dr. Durrani is indicted and will plea or be convicted.

2. From my reading between the lines, I believe the federal government is coming after the hospitals.

3. We have the only Medtronics case in the country with a doctor indicted and over 100 plaintiffs before a class is even certified.

4. The PuraGen case is lights out. We have the goods.

5. I'm going to name individuals from the hospitals by September 13.

6. The Second Amended Compliant is going to be lights out. You will see.

7. Yesterday, we received from an insider, information which crushes your client David and broadens the battle with West Chester/UC Health.

8. If you are wondering, I'm not going to run out of money.

---

5247 Madison Pike
Independence, KY 41051
859.363.1900 • Fax: 859.363.1444
1.866.960.HURT
eric@ericdeters.com

19 Broadcast Plaza
635 West 7th Street, Suite 401
Cincinnati, OH 45203
513.729.1999 • Fax: 513.381.4084
www.ericdeters.com

7103 Hamilton Mason Rd.
West Chester, Ohio 45069
513.847.4404



9. Our client's testimony will make jurors and everyone in the courtroom cry. An unnecessary spine surgery so all of the Defendants can make money is worth a lot of money.

10. I'm the best trial lawyer of all the lawyers in this and I have far and away the best case. In addition, jurors love me. Some are fans.

Now, that's a "loaded gun."

My position on settlement? Not worrying about it. Not thinking about it. I'm going to wait for the Defendants to ask for mercy. Until that happens, I could care less. Why? Because our cases are going to get better, not worse as we go through the "process."

I'm angry. Why?

1. None of you listened to me when I outlined how to do this.

2. My suggestions and questions are ignored from my pre-status conference email in the Butler County cases to others.

3. My letters are ignored.

4. You guys expect us to go through the "process" and then fold? The "process" is only going to make our cases better and yours worse.

5. These cases will never be able to be settled cheaper than right now. Your "process" increases the cost of settlement.

6. I outlined how we would review the cases together and did not expect every case be paid or every case be paid a ransom. You want the "process."

7. When we name these individuals, you're going to have a rebellion on your hands.

So until the Defendants or Defendant says stop, let's resolve. I'm going to keep pounding. None of this limber dicking me why you obstruct, file baseless motions and otherwise be a pain in the ass. I'm not going to stand down.

Also, you better hope every Judge in every case grants a gag order. Because if not, I'll use all my connections, talents and relationships to continue the public pounding which without a gag order in place on a case, I have a right to do.

I get kicked in the teeth on cases all the time. These cases are a dream. I have the power. It's a rare circumstance. But, I do. So unlike all the times I have to be a beggar, eat crap, fold the tent, I can pound. And I will.

You know darn well, all these cases can be evaluated and resolved without a "process," "motion practice" and depositions. So your posture has already cost and will continue to cost your client dearly. You and your client are the only ones who can stop it. Not me.

Sincerely,

Eric C. Deters

/sj

Copy: Walt Haggerty