# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

FRIEDA AARON, *et al.*,                                   Consolidated Case No. 1:13-CV-202
                                                                                          (including Case No. 1:13-cv-214)

      Plaintiffs,                                                    Judge Timothy S. Black

-vs-

ABUBAKAR ATIQ DURRANI, M.D.,
*et al.*,

    Defendants.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Defendants' Motions to Dismiss Plaintiffs' [Revised Second] Amended Complaint (Doc. 83) is **GRANTED**; and the case is **TERMNINATED** on the docket.

Date: 3/12/2014                                                    **JOHN P. HEHMAN, CLERK**

                                                                              By: *s/M. Rogers*, D.C.
                                                                              Deputy Clerk